IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM N. LUCY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 13-0141-CG-M |
| | ) |
| ALABAMA DEPARTMENT OF | ) |
| REVENUE, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

After due and proper consideration of all pleadings in this file, and a de novo determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

**DONE and ORDERED** this 17th day of June, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE